395 A.2d 1022

Hoy v. Hoy, Appellant.

Submitted April 10, 1978. Karen R. Savransky, for appellant; No appearance entered nor brief submitted for appellee.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.